UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Ryan J.,[1]

    Plaintiff,

v.

Michelle King, *Acting Commissioner of Social Security*;

    Defendant.

Case No. 24-CV-01059 (JMB/SGE)

**ORDER**

---

Plaintiff Ryan J., Willow River, MN, self represented.

Ana H. Voss, United States Attorney's Office, Minneapolis, MN, and Craig Hundley and Sofie Doroba, Social Security Administration, Baltimore, MD, for Defendant Michelle King.

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Shannon G. Elkins dated January 27, 2025, which recommends denying Plaintiff Ryan J.'s appeal of the Commissioner of Social Security Michelle King's (the Commissioner's) denial of his application for supplemental security income (SSI). (Doc. No. 23.) Neither party has objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

---

[1] This District has adopted the policy of using only the first name and last initial of any nongovernmental party in Social Security orders.

1

Finding no clear error, and based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. The R&R (Doc. No. 23) is ADOPTED;

2. Plaintiff's request for relief (Doc. No. 19) is DENIED;

3. The Commissioner's request for relief (Doc. No. 21) is GRANTED; and

4. The denial of benefits is AFFIRMED; and

5. The matter is DISMISSED without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 12, 2025

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court